# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

---

Counsel presenting oral argument should appear in person at the Clerk's Office **NO LATER THAN 8:30 A.M.** on the day of the hearing

Clerk's Office
Federal Justice Building
99 N.E. 4th Street
Miami, Florida 33132
(305) 579-4430

HEARING LOCATION

12th Floor Courtroom
James Lawrence King Federal Justice
99 N.E. 4th Street
MIAMI, FLORIDA

COURT CONVENES AT 9:00 A.M.
(unless otherwise shown)

DAVID J. SMITH
Clerk of Court
United States Court of Appeals
for the Eleventh Circuit
(404) 335-6100

---

The court has determined that the cases listed below are to be orally argued not to exceed **fifteen** minutes per side. Argument time for those cases marked * will not exceed twenty minutes per side unless altered by the presiding judge. Counsel for each party must present oral argument unless excused by the court for good cause shown. The following cases are assigned for hearing on the following dates:

### TUESDAY, FEBRUARY 25, 2025

| | |
|---|---|
| 24-11951 | United States v. Steven Schreck, Appellant |
| 23-12178 | Jeremy Jones, Appellant v. David Ceinski, Jr. |
| 23-10215 | Reginald Bertram Johnson, Appellant v. Secretary, Florida Department of Corrections, et al. |
| 22-11182 | Manuel Balbin v. Alexis Johnson, Appellant |

### WEDNESDAY, FEBRUARY 26, 2025

| | |
|---|---|
| 23-11700 | United States, Appellant v. Stevenson Charles |
| 24-10397 | Fu Wu, Appellant v. Chun Liu |
| 23-13874 | Mother Doe, Appellant v. Grindr, LLC, et al. |
| 23-12663 | Rene Garcia, et al., Appellees/Cross Appellants, et al. v. Executive Director, Florida Commission on Ethics, Appellants/Cross Appellees |

### THURSDAY, FEBRUARY 27, 2025

| | |
|---|---|
| 23-10755 | United States v. Ralph Tovar, Appellant |
| 23-14049 | Estate of Richard D. Spizzirri, Deceased, Appellant v. Commissioner of Internal Revenue |
| 23-13753 | Chanon Miller v. Juan Ramirez, et al., Appellants |
| 23-12476 | Ryan Maglana, et al., Appellants v. Celebrity Cruises Inc. |

### FRIDAY, FEBRUARY 28, 2025

| | |
|---|---|
| 23-10643 | United States v. Francisco Louis, Appellant |
| 23-14050 | UBS Financial Services Inc., et al., Appellants v. Lorenzo Esteva, et al. |
| 23-12567 | Certain Underwriters at Lloyd's of London, Appellant v. Empress Marine Ventures, Ltd. |
| 22-12515 | James Riley, Appellant v. Tesla Motors, Inc. |

# COUNSEL MUST REPORT TO THE CLERK'S OFFICE PRIOR TO 8:30 AM ON MORNING OF ORAL ARGUMENT

ATLANTA, GEORGIA
12/03/24 - #9